IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GLYNNIS JACKSON, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PRIME MOTORS, INC., et al., | : | No. 11-2360 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **17th** day of **May, 2011**, upon consideration of Plaintiff's Motion to Remand, Defendant Credit Acceptance Corp.'s Response thereto, and for the reasons stated in this Court's Memorandum dated May 17, 2011, it is hereby **ORDERED** that:

1. Plaintiff's Motion to Remand (Document No. 6) is **GRANTED**.

2. This action is **REMANDED** to the Philadelphia County Court of Common Pleas.

3. Defendant Credit Acceptance Corp.'s Motion to Compel Arbitration and Stay Proceedings (Document No. 7) is **DENIED as moot**.

4. The Clerk of Court is directed to close this case.

BY THE COURT:

**Berle M. Schiller, J.**